JOHN STELBUSZESKI, Respondent, *v.* BENJAMIN B. WESLEY, Appellant.

Submitted November 30, 1936; decided December 31, 1936.

*Philip Silver* and *Benjamin B. Wesley* (in person) for appellant.

*Francis A. McAnaney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.